ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| BCPeabody Construction Services Inc. | ) | ASBCA No. 59294 |
| | ) | |
| Under Contract No. W912EP-C-11-0007 | ) | |

APPEARANCE FOR THE APPELLANT:  Brian P. Deeb, Esq.
Deeb Law Group PA
St. Petersburg, FL

APPEARANCES FOR THE GOVERNMENT:  Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Susan E. Symanski, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Jacksonville

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 7 January 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59294, Appeal of BCPeabody Construction Services Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals